Robert E. JOHNSON and Joan Johnson v. Rodney KELLEY and Barbara Kelley, No. 68-78

April 17, 1978. Motion to Proceed on Appeal In Forma Pauperis denied.

The Windham Superior Court is directed to enter appellant's previously filed notice of appeal if entry fee is received within 15 days; otherwise the appeal will be dismissed. Appellant to order transcript or file statement that no transcript is necessary within 30 days; otherwise the appeal will be dismissed. 32 V.S.A. § 1431; V.R.A.P. 10(b).

Motion to Stay Pending Appeal granted.

Paragraph 2 of the Windham Superior Court's order, filed March 1, 1978, being beyond the authority of that court, is hereby vacated.

Joan E. COLBETH v. DEPARTMENT OF EMPLOYMENT SECURITY, No. 348-77

April 19, 1978. Motion for Remand to Take Additional Evidence denied.

Bessie Mae BARCOMB v. VILLAGE OF ENOSBURG FALLS, et al., No. 43-78

April 19, 1978. The motion of Robert H. Brown, Esquire, to withdraw as attorney for the plaintiff, Bessie Mae Barcomb, is granted.

The motion of Village of Enosburg Falls to withdraw its appeal is granted.

The appeal of Bessie Mae Barcomb is dismissed for noncompliance with V.R.A.P. 4, the extension of time required for filing notice of appeal not having been obtained within sixty days from date of the judgment appealed from.

STATE of Vermont v. John WARSHOW, et al., No. 59-78

April 20, 1978. Motion for Permission to Appeal under V.R.A.P. 5(b)(1) denied.

Allen WISELL v. C. H. JORGENSEN, d/b/a Jorgensen's Honda and Thomas J. Corey, No. 84-78

April 20, 1978. Motion to Dismiss Appeals denied.

STATE of Vermont v. John W. WRIGHT, No. 97-78

April 20, 1978. Order imposing conditions of release affirmed.